# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

        Plaintiff,

                                  1:16-cv-00755-JCH-KRS

v.

CORIZON AND CENTURION HEALTH
CARE PROVIDERS, *et al.*,

        Defendants.

## ORDER DIRECTING THE SUBMISSION OF ADDRESSES

**THIS MATTER** comes before the Court *sua sponte*. On January 13, 2020, the Court sent waiver-of-service forms to all Defendants not terminated through the screening process. To date, all Defendants have appeared in this action with the exception of Jose Martinez, MD, Ben Martinez, P.A., and FNU Cordova. These individuals appear to be past or present employees of the Penitentiary of New Mexico or contractors thereof. Since more than thirty days has elapsed since the forms were sent, the Court will direct the counsel for the New Mexico Corrections Department to provide their last known address to the Court so the Court can arrange for the U.S. Marshal to serve process on them.

**IT IS, THEREFORE, ORDERED** that on or before **March 17, 2020**, counsel submit the information requested above to the Court's proposed text email address, sweazeaproposedtext@nmd.uscourts.gov., with copies by mail to Plaintiff.

                                                        KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE