IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. 1:16-cv-00755-JCH-KRS

CORIZON and CENTURION HEALTH
CARE PROVIDERS, *et al.*,

        Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the allegations against FNU Cordova in Plaintiff's amended complaint and received information that the New Mexico Department of Corrections is unable to determine with reasonable certainty who this alleged employee is, the Court hereby directs Plaintiff to show cause in writing why this Defendant should not be dismissed. In responding to this Order, Plaintiff shall describe in specificity any physical attributes of this individual, shift or other employment information, and/or or any facts that might help identify FNU Cordova and allow the Court to have FNU Cordova served.

**IT IS, THEREFORE, ORDERED** that Plaintiff show cause in writing as described above on or before **April 15, 2020**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE