IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

    Plaintiff,

v.

                                                                                      No. 1:16-cv-00755-JCH-KRS

CORIZON and CENTURION HEALTH
CARE PROVIDERS, *et al.*,

    Defendants.

## ORDER FOR SERVICE OF PROCESS

**THIS MATTER** comes before the Court following receipt of certain Defendants' last known addresses. In order to move this case forward as expeditiously as possible, the Court will order the United States Marshal to serve the Defendants listed below.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall issue Summons for, and the United States Marshal shall serve a copy of the Summons and Amended Complaint on, the following individuals:

1. Jose Martinez, M.D.
   c/o Corizon Health Inc.
   CT Corporation System
   206 S. Coronado Ave
   Espanola, New Mexico 87532-2792.

   Alternatively: c/o Centurion Correctional Healthcare of New Mexico, LLC
   CT Corporation System
   206 S. Coronado Ave
   Espanola, New Mexico 87532-2792

   Alternatively: c/o Corizon, Inc.
   12647 Olive Blvd.
   St. Louis, MO 63141
   ATTN: Stuart Campbell, Pres & COO

   Alternatively: c/o Centurion
   1593 Spring Hill Road, Suite 600

Vienna, VA 22182

2. Ben Martinez, P.A.  Same contact information as above.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE