# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

    Plaintiff,

    vs.                                      No. 1:16-CV-00755-JCH-KRS

CORIZON AND CENTURION
HEALTH CARE PROVIDERS, et al.,

    Defendants.

## ORDER FOR SERVICE OF PROCESS

**THIS MATTER** comes before the Court on the most recent amended pleading (the "Second Amended Complaint") filed by Plaintiff Joshua Urioste. (Doc. 62). The Second Amended Complaint effectively substitutes Defendant Gary Maciel for Oscar Treviso, who is effectively no longer a party to this action. After conducting screening on Plaintiff's previous operative pleading (Doc. 24), which in most respects raised virtually identical allegations and claims as those asserted in the present pleading, the Court ordered issuance of notice and waiver of service forms on Treviso. (*See* Doc. 26). Because Treviso was among those parties upon whom service was ordered following screening of the earlier pleading, and because Defendant Maciel has now been effectively substituted for Treviso, the Court finds that service upon Defendant Maciel is now warranted.

**IT IS, THEREFORE, ORDERED** that the Clerk is **DIRECTED** to issue notice and wavier of service forms, with a copy of the Second Amended Complaint (Doc. 62), for Unit Manager Gary Maciel at Penitentiary of New Mexico, P.O. Box 1059, 4311 State H.W. 14, Santa Fe, New Mexico 87504.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**