**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSHUA URIOSTE,

     Plaintiff,

vs.                                    No. 1:16-CV-00755-JCH-KRS

CORIZON AND CENTURION
HEALTH CARE PROVIDERS, et al.,

     Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court upon review of the record.

It is HEREBY ORDERED that a status conference will be held by telephone on June 29, 2021 at 11:00 a.m. The conference will address outstanding matters concerning Defendants Jose Martinez, M.D.; Ben Martinez, P.A.; and Defendant Cordova, as set forth in Documents 67 and 69. The parties shall call Judge Sweazea's conference line (888) 398-2342 and enter code 8193818 to join the proceedings.

IT IS FURTHER ORDERED that the United States Marshal shall coordinate with the appropriate personnel in the correctional facility in which Plaintiff is currently housed to allow Plaintiff to appear telephonically (using the conference line, above) at this hearing. The hearing is anticipated to last no longer than one hour.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE