IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

    Plaintiff,

vs.                                                               No. 1:16-CV-00755-JCH-KRS

CORIZON AND CENTURION
HEALTH CARE PROVIDERS, et al.,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

It is HEREBY ORDERED that the telephonic status conference set for June 29, 2021 is hereby RESET as to time only for 9:00 a.m. on that day. The conference will address outstanding matters concerning Defendants Jose Martinez, M.D.; Ben Martinez, P.A.; and Defendant Cordova, as set forth in Documents 67 and 69. The parties shall call Judge Sweazea's conference line (888) 398-2342 and enter code 8193818 to join the proceedings.

IT IS FURTHER ORDERED that the United States Marshal shall coordinate with the appropriate personnel in the correctional facility in which Plaintiff is currently housed to allow Plaintiff to appear telephonically (using the conference line, above) at this hearing. The hearing is anticipated to last no longer than one hour.

                                                               _____
                                                               KEVIN R. SWEAZEA
                                                               UNITED STATES MAGISTRATE JUDGE