IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

    Plaintiff,

vs.                                      No. 1:16-CV-00755-JCH-KRS

CORIZON AND CENTURION
HEALTH CARE PROVIDERS, et al.,

    Defendants.

## ORDER FOR SERVICE OF PROCESS

THIS MATTER is before the Court upon the status report filed by defense counsel on August 2, 2021. (Doc. 87). In that report, defense counsel has agreed to accept service of process on Defendants "FNU Cordova" and Gary Maciel. **IT IS, THEREFORE, ORDERED** that the Clerk of Court shall issue Summons for, and the United States Marshal shall serve a copy of the Summons and operative Amended Complaint (Doc. 62) upon, the following individuals:

    FNU Cordova
    c/o Rodney L. Gabaldon
    Walsh Gallegos Treviño Kyle & Robinson, P.C.
    500 Marquette Ave. NW, Ste. 1310
    Albuquerque, NM 87102-5316

    Gary Maciel
    c/o Rodney L. Gabaldon
    Walsh Gallegos Treviño Kyle & Robinson, P.C.
    500 Marquette Ave. NW, Ste. 1310
    Albuquerque, NM 87102-5316

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**