IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JOSHUA URIOSTE,** § § § **Plaintiff,** § § v. § **Case No. 1:16-CV-00755 JCH/KRS** § **CORIZON AND CENTURION HEALTH** § **CARE PROVIDERS, JOSE MARTINEZ,** § **M.D., BEN MARTINEZ, P.A., WARDEN** § **GERMAN FRANCO, DEPUTY** § **WARDEN CLARENCE OLIVAS,** § **GRIEVANCE OFFICER MICHELLE** § **BOYER, CORRECTIONAL OFFICER** § **ROGER TRUJILLO, CORRECTIONAL** § **OFFICER KYLE PEREZ,** § **CORRECTIONAL OFFICER** § **AUGUSTINE PALOMINO, UNIT** § **MANAGER OSCAR TREVIZO,** § **FNU CORDOVA,** § § **Defendants.** § | |

**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THIS MATTER having come before the Court on the Motion for Withdrawal and Substitution of Counsel, and the Court, having considered the motion and being otherwise fully advised in the premises, **FINDS** it to be well taken. Now, therefore:

**IT IS ORDERED** that the Motion for Withdrawal and Substitution of Counsel be, and hereby is, **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall serve a copy of this Order on Plaintiff pro se.

**IT IS FURTHER ORDERED** that entering attorneys for Defendants shall file their notice of substitution and enter their appearance within fifteen (15) days of this Order.

**IT IS SO ORDERED.**

_____
HON. KEVIN R. SWEAZEA

PREPARED BY:

WALSH GALLEGOS TREVIÑO KYLE P.C.

By: _*/s/ Eric G. Rodriguez*_
   Eric G. Rodriguez
   500 Marquette NW, Suite 1310
   Albuquerque, New Mexico 87102
   Telephone: (505) 243-6864
   Facsimile: (505) 843-9318
   *Withdrawing Attorneys for Defendants*

APPROVED BY:

By: _____
   Rodney Gabaldon
   Bryan A. Garcia
   Meghan S. Nicholson
   GARCIA LAW GROUP, LLC
   6739 Academy Rd NE, Ste 200
   Albuquerque, NM 87109
   Email: rgabaldon@garcialawgroupllc.com
   Email: bgarcia@garcialawgroupllc.com
   Email: mnicholson@garcialawgroupllc.com
   *Entering Attorneys for Defendants*