IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA URIOSTE,

    Plaintiff,

vs.   No. 1:16-CV-755 JCH/KRS

CORIZON AND CENTURION
HEALTH CARE PROVIDERS, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court upon review of the record. The remaining claims in this case are that Defendant Palomino retaliated against Plaintiff in violation of Plaintiff's Eighth Amendment rights in two ways: (1) by calling Plaintiff a "rat" on June 14, 2016 in front of other prisoners due to Plaintiff filing a grievance against Defendant Palomino; and (2) by spraying mace in Plaintiff's cell on April 20, 2016 in response to Plaintiff requesting medical attention. *See* (Doc. 73) at 34-41. Plaintiff's claims against Defendant Palomino in his official capacity have been dismissed, so the remaining claims are against Defendant Palomino in his individual capacity. *See* (Doc. 108) at 43. The presiding judge has referred these remaining claims to the undersigned to conduct any necessary proceedings, including hearings if warranted, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the claims. (Doc. 114) at 2. The Court will set a telephonic status conference to discuss setting a settlement conference and/or an evidentiary hearing.

IT IS THEREFORE ORDERED that a status conference will be held by telephone on **May 24, 2022 at 10:30 a.m.** The parties shall call Judge Sweazea's conference line **(888) 398-**

**2342 and enter code 8193818** to join the proceedings.  Only Plaintiff and counsel for Defendant Palomino are required to attend.

IT IS FURTHER ORDERED that the United States Marshal shall coordinate with the appropriate personnel in the correctional facility in which Plaintiff is currently housed to allow Plaintiff to appear telephonically (using the conference line, above) at this hearing.  The hearing is anticipated to last no longer than one hour.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE